**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 05-7823**

—————

MICHAEL LYNN BROWN,

Plaintiff - Appellant,

versus

TRACY S. RAY, Warden,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-05-657-7-JCT)

—————

Submitted: March 23, 2006          Decided: March 30, 2006

—————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Michael Lynn Brown, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Lynn Brown seeks to appeal the district court's order construing his petitions for a writ of mandamus as a civil action pursuant to 42 U.S.C. § 1983 (2000), and dismissing Brown's action for failure to state a claim upon which relief could be granted. See 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brown v. Ray, No. CA-05-657-7-JCT (W.D. Va. Nov. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED